FILED: May 26, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-4257
(2:11-cr-00511-BHH-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JIAN-YUN DONG, a/k/a John Dong

      Defendant - Appellant

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Memorandum opening brief due: 06/08/2017

Memorandum response brief due: 06/12/2017

Any memorandum reply brief: 2 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk