# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 12, 2017

_____

### DOCKET CORRECTION NOTICE
_____

No. 17-4257,   US v. Jian-Yun Dong
              2:11-cr-00511-BHH-1

TO:   Eric John Klumb

FILING CORRECTION DUE:  June 13, 2017

Please make the correction identified below and file a corrected document by the date indicated.

[x] Incorrect event used. Please refile document using Memorandum Response Brief.

Please call if you have any questions. Thank you.

Kirsten Hancock, Deputy Clerk
804-916-2704